## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01883-DTB**                                    Date: **April 21, 2026**

Title:  **Jessica L. McDonald v. Statefarm General Insurance Company**
==========================================================

**DOCKET ENTRY**
==========================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

Rachel Maurice                                                         n/a
Deputy Clerk                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):
      None present                                            None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND [DOCKET NO. 8]**

   The Court is in receipt of Plaintiff's Motion to Remand to State Court ("Motion"). (Docket No. 8).  Plaintiff did not set a hearing on the Motion.  However, the Court finds that the matters raised by the Motion are capable of resolution without a hearing.  No appearance by any party is required unless otherwise ordered by the Court.
   The Court sets the following briefing schedule on the Motion:  Defendant shall file an Opposition on or before **May 22, 2026** and Plaintiff shall file an optional Reply within 14 days of Defendant's filing.  Thereafter, the Court will take the matter under submission without further briefing or argument.

   **IT IS SO ORDERED**.

MINUTES FORM 11                                      Initials of Deputy Clerk  RAM
CIVIL-GEN